UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER RIVERA, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No.17-cv-06885-JD<br><br>**ORDER REMANDING CASE**<br><br>Re: Dkt. Nos. 37, 38 |

In light of the fact that defendant does not oppose the motion to remand, Dkt. Nos. 37, 38, the case was removed improvidently and without jurisdiction. The case is ordered remanded to the Superior Court for the County of San Francisco pursuant to 28 U.S.C. Section 1447(c) for the reasons stated in plaintiff's motion to remand.

**IT IS SO ORDERED.**

Dated: February 11, 2019

JAMES DONATO
United States District Judge